ASH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Azael Torres Berruecos, | No.   CV-26-02402-PHX-SMB (MTM) |
| Petitioner, | |
| v. | **ORDER** |
| Luis Rosa, Jr., et al., | |
| Respondents. | |

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention.  (Doc. 1.)[1]

Petitioner is a native of Mexico.  It is not clear when or how he entered the United States or how long he has resided here, though he alleges that he has been in immigration custody for nearly two years.

Petitioner raises four, interrelated grounds for relief.  However, the grounds are inconsistent—Ground One alleges that he is detained pursuant to 8 U.S.C. § 1226 , while Ground Three suggests that he may be detained pursuant to 8 U.S.C. § 1231—and the Court is thus unable to determine the probity of his claims.  Liberally construed, however,

---

[1] Petitioner has also filed a Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 2) and a Motion for Appointment of Counsel.  (Doc. 3).  For the reasons set forth herein, Petitioner has not shown that he is likely to succeed on the merits of his claims (because it is unclear what his claims are), and he is therefore not entitled to preliminary relief at this juncture.  The Motion for Temporary Restraining Order and Preliminary Injunction will be denied without prejudice.  The Court also does not find appointment warranted at this time, and the Motion will thus be denied without prejudice.  18 U.S.C. § 3006A(a)(2)(B).

Petitioner's claims allege that he is—broadly speaking—improperly detained.

The Court will thus require Respondents to answer the Petition.  In their Answer, Respondents are directed to clarify the present basis for Petitioner's detention, address whether Petitioner's was previously released on parole or his own recognizance, and whether he was detained (or re-detained) in compliance with applicable regulations.  Any answer must be supported by documentary evidence including, if applicable, affidavits by individuals with personal knowledge of the factual statements made therein and signed under penalty of perjury.

**IT IS ORDERED:**

(1)	Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 2) and Motion for Appointment of Counsel (Doc. 3) are **denied without prejudice**.

(2)	The Clerk of Court must serve a copy of the Summons, the Petition (Doc. 1) and this Order upon the United States Attorney for the District of Arizona by certified mail addressed to the civil process clerk at the office of the United States Attorney pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure.  The Clerk of Court must also send by certified mail a copy of the Summons, the Petition, and this Order to the United States Attorney General pursuant to Rule 4(i)(1)(B) and to Respondents pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure.

(3)	The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(4)	Respondents must answer the Petition within **20 days** of the date of service. Respondents shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

(5)	Regarding courtesy copies of documents for chambers, Respondents are

directed to review Section II(D) of the Court's Electronic Case Filing Administrative Policies and Procedures Manual, which requires that "a courtesy copy of the filing, referencing the specific document number, shall be printed directly from CM/ECF." CM/ECF Admin. Man. § II(D)(3) (emphasis added).  *See* http://www.azd.uscourts.gov/sites/default/files/documents/adm%20manual.pdf.

(6)   Petitioner may file a reply within **10 days** from the date of service of the answer.

(7)   This matter is referred to Magistrate Judge Michael T. Morrissey pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

Dated this 10th day of April, 2026.

Honorable Susan M. Brnovich
United States District Judge