# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Azael Torres Berruecos,

          Petitioner,

v.

Luis Rosa, Jr., et al.,

          Respondents.

No. CV-26-02402-PHX-SMB (MTM)

**ORDER**

Petitioner challenged his present immigration detention. (Doc. 1.) The Court directed Respondents to answer the Petition and provide the basis for Petitioner's detention. (Doc. 5.) Respondents' response stated:

> Undersigned counsel is unable to establish facts sufficient to establish what procedures applied to Petitioner's initial detention and whether those procedures were followed. Accordingly, Respondents do not oppose Petitioner's request for release at this time.

(Doc. 12.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for release from custody.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release from custody. The remainder of the Petition is denied as moot.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance

within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 8th day of May, 2026.

Honorable Susan M. Brnovich
United States District Judge